# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−21079−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Henry N Turley
   aka Henry N Turley Jr.
   1354 Marlborough Ave
   Plainfield, NJ 07060−3313

Social Security No.:
   xxx−xx−1716

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/22/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 26, 2017
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-21079-VFP
Henry N Turley                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Dec 26, 2017
                              Form ID: 148             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2017.
```
db              Henry N Turley,    1354 Marlborough Ave,    Plainfield, NJ 07060-3313
cr             +Fay Servicing, LLC,    c/o McCalla Raymer Leibert Pierce, LLC,    1544 Old Alabama Road,
                 Roswell, GA 30076-2102
cr             +PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NA,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
516868254      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
516855053      +Caine & Weiner,    Attn: Bankruptcy,    21210 Erwin St,   Woodland Hills, CA 91367-3714
516855054      +Fay Financial,    939 W North Avenue,    Chicago, IL 60642-7138
517123039      +Fay Servicing, LLC,    Bankruptcy Department,   3000 Kellway Dr., Ste 150,
                 Carrollton, TX 75006-3357
517001775      +Moiz Karu MD,    c/o Pressler and Pressler,LLP.,    7 Entin Road,   Parsippany NJ 07054-5020
516855055      +Moiz Karu, MD,    760 Bound Brook Rd, #A,    Dunellen, NJ 08812-1079
517051920       Razor Capital, LLC,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,   Rochester, MI 48308-0730
516855057      +Skylands Energy Service,    2 Thompson St,   Raritan, NJ 08869-2022
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 26 2017 21:48:11     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 26 2017 21:48:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516855052      +EDI: PHINAMERI.COM Dec 26 2017 21:28:00     AmeriCredit/GM Financial,   Po Box 183853,
                 Arlington, TX 76096-3853
516855056      +E-mail/Text: samantha.vogt@razor-capital.com Dec 26 2017 21:49:04     Razor Capital II, LLC,
                 8000 Norman Center Dr, #860,    Minneapolis, MN 55437-1174
                                                                                             TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,   Arlington, TX 76096-3853
                                                                                             TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK
               NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Harvey I. Marcus    on behalf of Debtor Henry N Turley him@lawmarcus.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert P. Saltzman    on behalf of Creditor    Fay Servicing, LLC dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```